IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 11 C 7286 |
| RAMM PLUMBING COMPANY ) ) | Judge Der-Yeghiayan |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR DAMAGES**

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively the "Funds"), and James S. Jorgensen, by their attorneys, state:

1. On October 14, 2011, plaintiffs filed a complaint under Section 301(a), Labor Management Relations Act, 29 U.S.C. §185(a), as amended, and Section 502(a)(3) of the Employee Retirement Income Security Act, 29 U.S.C. §1132(a)(3), as amended, alleging that at all material times the defendant has an obligation, arising from a collective bargaining agreement to make contributions to plaintiffs' Funds and to submit to an audit upon demand.

2. On November 8, 2011, plaintiffs' process server, Philip P. Ducar, personally served Ramm Plumbing Company's Secretary, Mary J. Ciesemier, at the location of 200 Seeger Road, Elk Grove Village, Illinois, 60007, which serves as the defendant's business address, as well as the address of defendant's Registered Agent, Robert Avino. A copy of the return of service is attached

hereto as Exhibit 1.

3. On January 11, 2012, this Court entered a default judgment against defendant as well as an order compelling an audit of the Company's books and records for the period from February 4, 2011 to the present. A corrected order was entered by this Court on January 18, 2012. A copy of the corrected order is attached hereto as Exhibit 2.

4. On February 6, 2012, plaintiffs' special process server, William Baldree served a copy of the Court's January 18, 2012 order upon Mary J. Ciesemier, at the location of 200 Seeger Road, Elk Grove Village, Illinois, 60007. A copy of Mr. Baldree's Affidavit of Service is attached hereto as Exhibit 3.

5. As established by the affidavit of the Funds' Field Representative, Jim Fosco, which is attached hereto as Exhibit 4, penalties in the amount of $714.00 have been assessed against Ramm Plumbing Company.

6. As required by the collective bargaining agreement, all employers are required to procure, carry and maintain a surety bond in an amount that is satisfactory to the Union. This bond must be in excess of $5,000.00 to guarantee the payment of wages, Pension and Welfare Trust Contributions during the term of the Agreement. Plaintiffs request that defendants, within 60 days of the date of this judgment order, provide written proof that the Company has obtained such a surety bond to plaintiffs' counsel, Karen I. Engelhardt, Allison, Slutsky & Kennedy, P.C., 230 W. Monroe Street, Suite 2600, Chicago, IL 60606. Plaintiffs further request that this court order defendants to submit remittance reports and contributions for March 1, 2012 to the present.

7. Plaintiffs are entitled to attorneys' fees and costs under ERISA, 29 U.S.C.§1132(g)(2)(B). The affidavit of Karen I. Engelhardt, attached hereto as Exhibit 5, establishes the amount of attorneys' fees incurred in this matter for the period from October 11, 2011 through

April 20, 2012 as $2,663.75, and Plaintiffs' costs as $665.00.

**WHEREFORE,** Plaintiffs request entry of a judgment against Ramm Plumbing Company in the amount of $4,042.75 as well as an order for a surety bond and an order requiring the Company to report and pay contributions for the period from March 1, 2012, through the present.

                                                                        Respectfully submitted,

                                                                        /s/ Jason McGaughy
                                                                        One of plaintiffs' attorneys

ALLISON, SLUTSKY & KENNEDY, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

May 4, 2012